# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter Okezie Kalu, Jr., | Civil No. 15-112 (SRN/JJK) |
| Plaintiff, | |
| v. | |
| Brooklyn Park Police/Federation, Officer Schmidtke #53, Sergeant Lehmann #140, And unknown Brooklyn Park Police Department/Federation employees and Officers, 5200 85th Ave. N., Brooklyn Park, MN 55443, | **ORDER** |
| Defendants. | |

Peter Okezie Kalu, Jr., General Delivery, Minneapolis, MN 55440, Plaintiff *pro se*.

Ryan M. Zipf, Esq., League of Minnesota Cities, counsel for Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated September 8, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The Defendants' Motion to Dismiss (Doc. No. 13) is **GRANTED**;

2. Plaintiff Peter Okezie Kalu's Motion for Summary Judgment (Doc. No. 32) is **DENIED**;

3. Plaintiff Peter Okezie Kalu's Motion for Preliminary Injunction (Doc. No. 33) is **DENIED**; and

    4.    This action is **DISMISSED**.

**Let Judgment be entered accordingly.**

Date:  September 28, 2015

                                                    s/Susan Richard Nelson  
                                                    SUSAN RICHARD NELSON  
                                                    United States District Judge